# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

138358

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                           SC: 138358
                           COA: 275852

DONOVAN ANTONIO BLUNT,
          Defendant-Appellee.
                           Saginaw CC: 06-027280-FH

_____/

      On order of the Court, the application for leave to appeal the January 13, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009
                                         Clerk

l0518